UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CECIL HAWKINS, #205069,          )<br>         Plaintiff,          )<br>                              )<br>-v-                           )<br>                              )<br>JEFF FERGUSON, et al.,        )<br>         Defendants.          )<br>_____) | No. 1:10-cv-432<br><br>HONORABLE PAUL L. MALONEY |

### **JUDGMENT**

Having granted Defendants' motions for summary judgment and having dismissed all claims against them, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff Cecil Hawkins.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  May 22, 2012                                  /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge